LISIN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**LISA SMELSER, on behalf of**
**herself and those similarly situated,**

        **Plaintiffs,**                 **CASE NO.:**

vs.                                   **Collective Action Complaint**

**MATHESON TRI-GAS, INC.,**        **Jury Demanded**
**AND WESTERN**
**INTERNATIONAL GAS &**
**CYLINDERS, INC.,**

        **Defendants.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, LISA SMELSER, on behalf of herself and those similarly situated, sues the Defendants, MATHESON TRI-GAS, INC., AND WESTERN INTERNATIONAL GAS & CYLINDERS, INC., ("Defendants") both Texas Corporations, and alleges:

1. Plaintiff and other Control Room Operators and Process Operators in Texas were paid by the hour, including straight hourly pay for overtime hours worked on Sundays. Just within the last year have Defendants started to change their unlawful pay practice and pay them time and one-half overtime compensation for Sunday overtime hours worked. But Defendants have not gone back and paid the owed and required overtime premium for overtime hours worked prior to this change. Plaintiffs bring this action for all unpaid overtime compensation, liquidated damages, and all other applicable relief pursuant to the

1

Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA") in order for all Control Room Operators and Process Operators to be paid full and complete overtime compensation.

## GENERAL ALLEGATION

2. Plaintiff has worked for Defendants since approximately May 2018, first as a Production Technician, and then starting in May 2019 as a Control Room Operator located at 7173 East Hwy 159, Bellville, Texas 77418.

3. At all times, Plaintiff was paid by the hour by Defendants.

4. Defendant, MATHESON TRI-GAS, INC., owns and operates multiple chemical gas companies with numerous locations throughout Texas and the United States. *See* https://www.mathesongas.com/about-us-page/.

5. Defendant, WESTERN INTERNATIONAL GAS & CYLINDERS, INC., acquired by Matheson Tri-Gas, Inc., in the year 2010. Based on information and belief, both Defendants function cohesively as one overall enterprise. *See* https://www.westernintl.com/privacy/, https://www.westernintl.com/about-us/, and https://www.mathesongas.com/affiliate-companies/.

6. At all times relevant to this action, Defendants, MATHESON TRI-GAS, INC., AND WESTERN INTERNATIONAL GAS & CYLINDERS, INC., are both Texas Corporations that operate and conduct business in Bellville, Texas, which is in Austin County, Texas and within the jurisdiction of this Court.

7. This action is brought under the FLSA to recover from

Defendants all unpaid overtime compensation, liquidated damages, and reasonable attorneys' fees and costs. This collective action is intended to include each hourly paid Control Room Operator and Process Operator who worked for Defendants within the state of Texas within the last three years and who were paid straight time for overtime hours worked on Sunday at any time within the last three years.

8. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §1331 and the FLSA.

9. Venue in this District is proper under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this District.

10. During Plaintiffs' employment with Defendants, Defendants earned more than $500,000.00 per year in gross sales.

11. During Plaintiffs' employment with Defendants, Defendants employed two or more employees which handled goods, materials and supplies which had travelled in interstate commerce, including fuel gas, cylinders, valves, heating equipment, and other items.

## **FLSA VIOLATIONS**

12. At all times relevant to this action, Defendants have failed to comply with the FLSA by failing to pay each Control Room Operator and Process Operator in Texas complete overtime compensation for all overtime hours worked on Sunday.

13. Plaintiff and other Control Room Operators and Process Operators worked twelve (12) hour shifts on rotating schedules.

14. Defendants' pay period runs from Monday to Sunday.

15. Typically, in a two-week pay period, Control Room Operators and Process Operators worked Wednesday and Thursday one week, and then the next week would work Monday, Tuesday, Friday, Saturday and Sunday.

16. However, Defendants would push the Sunday hours (which at that point were over 40 in a week), to the following pay week in order to avoid paying an overtime rate to Plaintiff and the other Control Room Operators and Process Operators.

17. As a result, any overtime worked on Sunday is not compensated within the same pay period at an overtime rate of pay.

18. In March 2024, Defendants stopped this practice and began paying complete overtime compensation for overtime hours worked.

19. Defendants have violated the FLSA due to its above-described pay practices in failing to pay Plaintiff and other Control Room Operators and Process Operators time and one-half of their hourly rate for all overtime hours worked prior to the March 2024 change

20. Upon information and belief, the records, to the extent any exist and are accurate, concerning the number of hours worked and amounts paid to Plaintiff and other Control Room Operators and Process Operators are in the possession and custody of Defendants.

## **COUNT I – RECOVERY OF OVERTIME WAGES**

21. Plaintiff reincorporates and readopt all allegations contained in paragraphs one

(1) through twenty (20) above.

22.     Plaintiff and other Control Room Operators and Process Operators were entitled to be paid complete overtime compensation for overtime hours worked at all times.

23.     During their employment with Defendants, Plaintiff and other Control Room Operators and Process Operators worked overtime hours on Sundays but were only paid their regular hourly rate instead of time and one-half of their hourly rate for those overtime hours worked. *See supra.*

24.     Defendants have failed to provide accurate "time and one-half" premium overtime compensation to Plaintiff and other Control Room Operators and Process Operators for all weekly overtime hours worked.

25.     As explained above, Plaintiff and other Control Room Operators and Process Operators are entitled to proper overtime compensation, and Defendants did not have a good faith basis for their practice of improperly rolling over any overtime hours worked on a Sunday to the next pay period.

26.     Because of Defendant's intentional, willful, and unlawful acts in refusing to pay Plaintiff and other Control Room Operators and Process Operators proper compensation, Plaintiff and those similarly situated Control Room Operators and Process Operators have suffered damages plus incurring reasonable attorneys' fees and costs.

27.     Because of Defendant's willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

28. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, LISA SMELSER, on behalf of herself and those similarly situated Control Room Operators and Process Operators, demand judgment against Defendants for all unpaid overtime wages, liquidated damages, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

Dated this 4th day of December 2024.

**/s/ C. RYAN MORGAN**
C. Ryan Morgan, Esq.
Florida Bar No. 0015527
Morgan & Morgan, P.A.
20 N. Orange Ave, 15th Floor
Orlando, FL 32801
T: (407) 420-1414
F: (407) 245-3401
E:  RMorgan@forthepeople.com