United States District Court
Southern District of Texas
**ENTERED**
September 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA SMELSER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-04743 |
| | § | |
| MATHESON TRI-GAS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed on September 15, 2025. Doc. #20. In accordance with the Joint Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

SEP 19 2025
Date

The Honorable Alfred H. Bennett
United States District Judge